# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARCELLUS M. MASON, JR.,

    Plaintiff,

v.

EQUIFAX INC. and TRANS UNION LLC,

    Defendants.

Case No. 6:20-cv-01355-CEM-LRH

## **NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC**

    COME NOW, Defendant Equifax Information Services LLC ("Equifax"), and hereby notifies the Court that the Plaintiff Marcellus M. Mason, Jr. and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Plaintiff's claims as to the remaining Defendants remain before the Court. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

66997568v.1

DATED:  December 2, 2020              Respectfully submitted,


    *marcellus mason*
Marcellus M. Mason Jr.


*/s/ Tonya M. Esposito*
Tonya M. Esposito (FL Bar No. 0118369)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington D.C.  20004
Telephone:  (202) 828-5356
Facsimile:  (202) 641-9228
tesposito@seyfarth.com

*Attorney for Defendant*
*Equifax Information Services LLC incorrectly named as Equifax Inc.*

66997568v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2020, I presented the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record and via U.S. Mail with adequate postage thereon addressed as follows:

>Marcellus M. Mason Jr.
>214 Atterberry Drive
>Sebring, FL 33870

>*/s/ Tonya M. Esposito*
>Tonya M. Esposito
>*Attorney for Defendant*
>*Equifax Information Services LLC*

66997568v.1