# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARCELLUS M. MASON, JR.,

      Plaintiff,

v.

EQUIFAX INC. and TRANS UNION, LLC,

      Defendant.

Case No. 6:20-cv-01355-CEM-LRH

## STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

TO THE HONORABLE JUDGE CARLOS E. MENDOZA:

Plaintiff Marcellus M. Mason Jr., and Defendant Trans Union LLC, one of the Defendant's file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Marcellus M. Mason, Jr. and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

      Respectfully submitted,

      */s/ Charlotte Long*
      Charlotte Long
      Florida Bar No. 0112517

2000990.1

1

clong@qslwm.com
Quilling, Selander, Lownds
Winslett & Moser, P.C.
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5461
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

*[signature: Marcellus Mason]*

Marcellus Mason
mcneilmason@hotmail.com
214 Atterberry Dr
Sebring, FL 33870
(863) 253-7632
***Pro Se Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 20201 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF: None.

I hereby certify that on the 10th day of March 2021 that I mailed by electronic mail and by United States Postal Service, the document to the following non-CM/ECF participants:

Marcellus Mason
mcneilmason@hotmail.com
214 Atterberry Dr
Sebring, FL 33870
(863) 253-7632
*Pro Se Plaintiff*

                                     */s/ Charlotte Long*
                                     **CHARLOTTE LONG**